# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

NELSON A. IRABOR,                       :

    Plaintiff,                       :

vs.                                     :   CIVIL ACTION 06-0483-BH-C

PERRY COUNTY CORRECTIONAL               :
CENTER, et al.,
                                        :
    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed,[1] the Recommendation of the Magistrate Judge (Doc. 26) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 30th day of April, 2008.

                                                s/ W. B. Hand
                                                SENIOR DISTRICT JUDGE

---

[1] Although petitioner's mail which contained the Report and Recommendation here at issue was returned as undeliverable (Doc. 27), petitioner is still deemed to have failed to object inasmuch as he has failed to fulfill his obligation to keep the Court informed of his proper address.